# IN THE UNITED STATES DISTRICT COURT
# FOR BOSTON MASSACHUSETTS
# EASTERN DIVISION


FILED
Clerk's Office
USDC, Mass.
Date 4-5-19
By
Deputy Clerk

JOANNA M SNYDER
    PETITIONER
VS                                    HABEAS CORPUS
ESSEX COUNTY PROBATION      CV#
    RESPONDANT

    COMES NOW THE PETITIONER IN PRO-SE TO HUMBLY REQUEST THAT YOUR HONOR DISMISS THE WARRANT THAT ESSEX COUNTY HOLDS FOR THE ARREST OF THE PETITIONER FOR THE REASONS SET FORTHWITH OIN THIS MOTION.

    ON NOVEMBER 17, 2018 THE POETITIONER JOANNA M SNYDER WAS ARREATED IN FLATHEAD COUNTY, KALISPELL MONTANA, FOR A SINGLE CHARGE OF FUJUTIVE OF JUSTICE.

    SEVERAL TIMES DURING THE MONTHS OF NOVEMBER, DECEMBER AND JANUARY THE PETITIONER WROTE SEVERAL MOTIONS TO ESSEX COU TY SUPERIOR COURT REQUESTING THEY DROP THEIR WARRANT, GIVE CREDIT FOR TIME SERVED, AND EVEN A MOTION FOR A TELEPHONIC NHEARING TO RESOLVE THE WARRANT ESSEX COU TY HAD DOR HER ARREST. ALL WERE DENIED.

    THE PETITIONER WAS IN CUSTODY 76 DAYS BEFORE HER RELEASE DUE TO THE URGENCYN OF SURGERY. THE PETITIONER WENT TO A SUBSEQUENT COURT HEARING SCHEDULED FOR MARCH 1, 2019 TO FIND OUT THE STATUS MOF THE EXTRADITION.

    THE DISTRICT ATTORNEY OF FLATHEAD COUNTY HAD NOT RECEIVED THE GOVENORS WARRANT RETURNED SO THE JUSTICE COURT JUDGE SUKKIVAN, DISMISSED THE CASE THAT WAS BEFORE THE MONTANA COURT.

    BECAUSE TIME IS A DEFINITIVE REASON TO DISMISS AN EXTRADITION WARRANT, AND DUE TO THE FACT THAT THE PETITIONER HAD ADHERED TO ALL CVOURT HEARINGS AND APPEARED BEFORE THE COURT WITH NO SIGNED WARRANT FROM MASSACHUSETTS, THE PETITIONER REQUESTS THAT YOUR HONOR DISMISS THE WARRANT IN THE NCIC SO THE PETITIONER MAY MOVE FORWARD WITH HER LIFE.

    THE PETITIONER WAS LAWFUL IN HER FIGHT OF EXTRADITION AND THE GOVENORS WARRANT WAS NOT SERVED, SO IN THE INTEREST OF JUSTICE THE WARRANT SHOULD BWW DISMISSED.

    I ASK IN GOOD FAITH ON March 18, 2019.

                                                                   RESPECTFULLY SUBMITTED,

                                                                   JOANNA M SNYDER
                                                                   199 STILLWATER RIVER TRAIL
                                                                   WHITEFISH MONTANA 59937

A TRUE COPY OF THE FORGPOING MAILED THIS 18TH DAY OF MARCH 2019 TO

UNITED STATES DISTRICT COURT
ONE COURTHOUSE WAY
BOSTON MASS 02210

SALEM SUPERIOR COURT CHIEF OF PROBATION
54 FEDERAL ST
SALEM MASS 01970

COMMISSIONER OF PROBATION
ONE ASHBURTON PLACE
BOSTON MASS 02108

GOVENOR OF MASSACHUSETTS
STATE HOUSE
24 BEACON STREET 02133