# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSTTS

# BOSTON

JOANNA M SNYDER

    PLAINTIFF

V                                                   CV #1:19-cv-10670-ADB

ESSEX COUNTY SUPERIOR COURT

    DEFENDANTS

COMES NOW THE PLAINTIFF IN PRO-SE TO HUMBLY SUBMIT A CHANGE OF ADDRESS FOR THE ABOVE DOCKET NUMBER. THE NEW MAILING ADDRESS IS :

        JOANNA M SNYDER
        2155 NINTH SREET WEST #3
        COLUMBIA FALLS, MT 59912

ALL COMMUNICTION SHOULD BE SENT HERE. I SUBMIT THIS ON MAY 3RD 2019

                                                     RESPECTFULLY SUBMITTED,

                                                     JOANNA M SNYDER

A TRUE COPY OF THE FORGOING MAILED THIS 3RD DAY OD MAY 2019 TO:
USDC
CLERK OF COURT
ONE COURTHOUSE WAY
BOSTON MA 02210