FILED
IN CLERKS OFFICE

DISTRICT OF MASSACHUSETTS
BOSTON DIVISION 2019 OCT 21  PM 2: 05
UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
DISTRICT OF MASS.

JOANNA M SNYDER
    PLAINTIFF

V                                       MOTION FOR CHANGE OF ADDRESS
                                            CV# 19:10672 DFS

ESSEX COUNTY PROBAIOTN
    DEFENDANT

      COMES NOW THE PLAINTIFF IN PRO SE TO CHANGE HER ADDRESS FOR THE COURT FOR ALL COMMUNICATIONS TO BE SENT TO.

            JOANNA M SNYDER
            C/O FRANSEN
            P.O. BOX 1335
            POLSON MT 59860

    THE CHANGE SHOULD TAKE EFFECT IMMEDIATELY.

                                            RESPECTFULLY,

                                            JOANNA M SNYDER
                                            C/O FRANSEN
                                            P.O. BOX
                                            POLSON MT 59860

A TRUE COPY OF THE FORGOING MAILED THIS 10TH DAY OF OCTOBER 2019 TO:

USDC CLERK OF COUIRT
ONE COURTHOUSE WAY
BOSOTN MASS 02210

OFFICE OF THE AG  ANNE LUMENSKY
ONE ASHBURTON PLACE
BOSTON MASS 02108

CC JOANNA M SNYDER