# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action 19-cv-10670-FDS

Joanna M. Snyder,
**Plaintiff**

v.

Essex County Probation
**Defendant**

## Order of Dismissal

Saylor, D.J.

In accordance with the Order [36] dated December 5, 2019 it is hereby ORDERED that the above-entitled action is DISMISSED.

By the Court,

/s/ Taylor Halley
Deputy Clerk

12/5/2019