## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
)
**JOANNA SNYDER,**                              )
                                                )
              **Petitioner,**                   )          **Civil Action No.**
                                                )          **19-10670-FDS**
              **v.**                            )
                                                )
**ESSEX COUNTY PROBATION,**                     )
                                                )
              **Respondent.**                   )
_____)


## ORDER GRANTING MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*

**SAYLOR, C. J.**

On March 3, 2020, the United States Court of Appeals for the First Circuit forwarded to this Court petitioner Joanna M. Snyder's financial affidavit, which it construed as a motion to proceed on appeal *in forma pauperis*. For good cause shown, and upon review of Snyder's financial affidavit, her motion for leave to appeal *in forma pauperis* is GRANTED. The clerk shall forward a copy of this ruling to the United States Court of Appeals for the First Circuit. **So Ordered.**


                                        /s/ F. Dennis Saylor IV_____
                                        F. Dennis Saylor, IV
Dated: March 5, 2020                    Chief Judge, United States District Court